ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rcaldwell@klnevada.com
      dkidd@klnevada.com

and

JOSEPH S. LUCHINI, ESQ. (Admitted *Pro Hac Vice*)
**REED SMITH LLP**
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
E-Mail: jluchini@reedsmith.com

Attorneys for Plaintiff
SENECA RIDGE MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SENECA RIDGE MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CHILDREN'S CHOICE LEARNING CENTERS, INC.,<br><br>    Defendant. | CASE NO. 2:12-cv-00491<br><br>**STIPULATION AND ORDER TO VACATE PREVIOUS ORDER AND ORDER TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2)** |

The parties, Seneca Ridge Management, LLC ("Seneca Ridge") and Defendant Children's Choice Learning Centers, Inc. ("CCLC") (collectively the "Parties") have agreed to a settlement of this current action which requires, among other consideration, that the Court's July 26, 2012 Order which granted, in part, CCLC's Motion to Dismiss be vacated and that the

Court's decision on the Motion to Dismiss be deemed pending, and that thereafter this action be voluntarily dismissed without prejudice.

Accordingly, the Parties hereby agree and request that the Court order that that portion of this Court's July 26, 2012 Order [Doc. No. 16] which granted in any part Defendant's Motion to Dismiss the Complaint [Doc. No. 10] be vacated and the Court's decision on said motion be deemed pending and having vacated this Court's July 26, 2012 Order, the Court, pursuant to Rule 41(a)(2) voluntarily dismiss without prejudice the entire action including the Complaint, Counts I to V, with each Party to bear its own costs. It is the intention of the Parties and of this Order that the Complaint as originally filed be voluntarily dismissed without prejudice.

IT IS SO STIPULATED

Dated this __day of November, 2012

*/s/ Joseph S. Luchini, Esq.*　　　　　　　*/s/ David J. Larson, Esq.*

Joseph S. Luchini, Esq.  
REED SMITH LLP  
3110 Fairview Park Drive, Suite 1400  
Falls Church, Virginia 22042  
and  
Robert J. Caldwell, Esq.  
KOLESAR & LEATHAM  
400 South Rampart Boulevard, Suite 400  
Las Vegas, Nevada 89145

*Attorneys for Plaintiff, SENECA RIDGE MANAGEMENT, LLC*

David J. Larson, Esq.  
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL  
6385 S. Rainbow Boulevard, Suite 400  
Las Vegas, Nevada 89118

*Attorneys for Defendant, CHILDREN'S CHOICE LEARNING CENTERS, INC.*

IT IS SO ORDERED November 13, 2012.

_____  
United Sates District Court Judge

KOLESAR & LEATHAM  
400 South Rampart Boulevard, Suite 400  
Las Vegas, Nevada 89145  
Tel: (702) 362-7800 / Fax: (702) 362-9472

1275386 (8370-1)　　　　　　　Page 2 of 2