ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rcaldwell@klnevada.com
dkidd@klnevada.com

and

JOSEPH S. LUCHINI, ESQ. (Admitted *Pro Hac Vice*)
**REED SMITH LLP**
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
E-Mail: jluchini@reedsmith.com

Attorneys for Plaintiff
SENECA RIDGE MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SENECA RIDGE MANAGEMENT, LLC, | CASE NO. 2:12-cv-00491 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO VACATE PREVIOUS ORDER AND ORDER TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2)** |
| CHILDREN'S CHOICE LEARNING CENTERS, INC., | |
| Defendant. | |

The parties, Seneca Ridge Management, LLC ("Seneca Ridge") and Defendant Children's Choice Learning Centers, Inc. ("CCLC") (collectively the "Parties") have agreed to a settlement of this current action which requires, among other consideration, that the Court's July 26, 2012 Order which granted, in part, CCLC's Motion to Dismiss be vacated and that the

1 Court's decision on the Motion to Dismiss be deemed pending, and that thereafter this action be
2 voluntarily dismissed without prejudice.
3     Accordingly, the Parties hereby agree and request that the Court order that that portion of
4 this Court's July 26, 2012 Order [Doc. No. 16] which granted in any part Defendant's Motion to
5 Dismiss the Complaint [Doc. No. 10] be vacated and the Court's decision on said motion be
6 deemed pending and having vacated this Court's July 26, 2012 Order, the Court, pursuant to
7 Rule 41(a)(2) voluntarily dismiss without prejudice the entire action including the Complaint,
8 Counts I to V, with each Party to bear its own costs. It is the intention of the Parties and of this
9 Order that the Complaint as originally filed be voluntarily dismissed without prejudice.

10     IT IS SO STIPULATED
11 Dated this __day of November, 2012

*/s/ Joseph S. Luchini, Esq.*      */s/ David J. Larson, Esq.*

Joseph S. Luchini, Esq.  
REED SMITH LLP  
3110 Fairview Park Drive, Suite 1400  
Falls Church, Virginia 22042  
and  
Robert J. Caldwell, Esq.  
KOLESAR & LEATHAM  
400 South Rampart Boulevard, Suite 400  
Las Vegas, Nevada 89145  

*Attorneys for Plaintiff, SENECA RIDGE MANAGEMENT, LLC*

David J. Larson, Esq.  
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL  
6385 S. Rainbow Boulevard, Suite 400  
Las Vegas, Nevada 89118  

*Attorneys for Defendant, CHILDREN'S CHOICE LEARNING CENTERS, INC.*

IT IS SO ORDERED November 13, 2012.

_____  
United States District Court Judge

1275386 (8370-1)      Page 2 of 2